RICHARD S. JACKSON ET AL. *v*. HENRY J. CONLAND
ET AL.

The plaintiffs' motion to expedite the appeal from the Superior Court in New Haven County is denied.

*Robert Ewing* and *George C. Hastings,* in support of the motion.

*John S. McGeeney,* in opposition.

Submitted July 7—decided July 9, 1975

MYRNA F. LABOW *v*. RONALD I. LABOW

The defendant's motion for a review of the order of the trial court dated June 5, 1975, terminating the stay of execution resulting from the appeal from the Superior Court in Fairfield County is granted and the trial court is directed to file a finding, such as circumstances permit, setting forth the basis for its ultimate conclusion to terminate the stay, including any claims of law made together with its conclusions thereon.

*Jeroll R. Silverberg,* in support of the motion.

Submitted July 8—decided July 16, 1975

YALE-NEW HAVEN HOSPITAL *v*. WILLIAM MATTHEWS
ET AL.

The defendants' petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Bruce A. Morrison,* in support of the petition.
*Jeremy G. Zimmermann,* in opposition.